SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
cm@SoCalEAG.com

Attorneys for Plaintiff,
ROBERT MENA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MENA,<br><br>Plaintiff,<br><br>vs.<br><br>SUSAN ADELE ELLIOTT D/B/A TWIG; MICHAEL CALLISTO, AS TRUSTEE OF THE ANNE WRIGHT FAMILY TRUST; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 8:24-cv-01494 FWS (JDEx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff ROBERT MENA ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case.  Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  September 10, 2024

SO. CAL EQUAL ACCESS GROUP

_/s/ Jason J. Kim_
JASON J. KIM
Attorney for Plaintiff